STONE AND STONE PENSION PLAN ET AL. *v.*
PATRICIA MCKENNA ET AL.
(14399)

Landau, Schaller and Hennessy, Js.

Argued February 15—decision released, March 12, 1996

*Ahmed A. Dadi*, pro se, with whom was *Patricia McKenna*, pro se, the appellants (defendants).

*David M. Reilly*, with whom, on the brief, was *Francis J. Doherty*, for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed, and the case is remanded for the purpose of setting new law days.